UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
7·12·17
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

DWAYNE THOMAS
    a/k/a "jumbo"

CASE NO. 3:17-cr-128-J-34PDB
Ct. 1:      18 U.S.C. §§ 1029(a)(3)
            and (c)(1)(A)(i)
Cts. 2-10: 18 U.S.C. §§ 1028(a)(7),
            (b)(2) and (c)(3)(A)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 9, 2017, in the Middle District of Florida, and elsewhere, the defendant,

    DWAYNE THOMAS,
      a/k/a "jumbo",

did knowingly and with intent to defraud possess 15 or more counterfeit and unauthorized access devices, as defined in 18 U.S.C. § 1029(e), that is, Bank of America, Wells Fargo, and United Services Automobile Association credit card account numbers, and the offense affected interstate commerce.

In violation of 18 U.S.C. § 1029(a)(3) and (c)(1)(A)(i).

## COUNTS TWO THROUGH TEN

### A. Introduction

The Department of Veterans Affairs (VA) is an executive department of the United States government that among other functions, administers a health care system through the Veteran Healthcare Administration. The health care system primarily serves former members of the United States military whom meet certain criteria. When a former member of the military applies to receive health care through the VA that individual completes paperwork which includes providing their Social Security number to the VA.

### B. Charge

On or about March 9, 2017, in the Middle District of Florida, and elsewhere, the defendant,

> DWAYNE THOMAS,
> a/k/a "jumbo",

defendant herein, in a matter in or affecting interstate commerce, did knowingly transfer, possess, and use, and cause to be knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, that is, the Social Security number of said person, with the intent to commit, and in connection with an unlawful activity that constitutes a felony under Florida law,

that is, fraudulent use of personal identification information, Florida Statute 817.568(2)(a),

| Count | Victim | Social Security Number |
|---|---|---|
| 2 | M.T.D. | XXX-XX-9073 |
| 3 | M.A.D. | XXX-XX-1554 |
| 4 | L.O. | XXX-XX-5641 |
| 5 | J.L. | XXX-XX-0471 |
| 6 | C.H. | XXX-XX-1604 |
| 7 | S.B. | XXX-XX-8677 |
| 8 | J.C. | XXX-XX-3338 |
| 9 | H.U. | XXX-XX-7815 |
| 10 | J.G. | XXX-XX-1559 |

In violation of 18 U.S.C. § 1028(a)(7),(b)(2), and (c)(3)(A).

## **FORFEITURE**

1.  The allegations contained in Counts One through Ten of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 982(a)(2)(B), 1029(c)(1)(C) and 1028(b)(5).

2.  Upon conviction of a violation of 18 U.S.C. § 1029, the defendant, DWAYNE THOMAS, a/k/a "jumbo", shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), any property

3

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation and, pursuant to 18 U.S.C. § 1029(c)(1)(C), any personal property used or intended to be used to commit the offense.

3. Upon conviction of 18 U.S.C. § 1028, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation and, pursuant to 18 U.S.C. § 1028(b)(5), any personal property used or intended to be used to commit the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C.

§§ 982(b)(1) and 1029(c)(2), and as incorporated by 18 U.S.C. §§ 982(b)(1) and 1028(g).

A TRUE BILL,

*Michelle E. Smith*
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: *Kevin C. Frein*
Kevin C. Frein
Assistant United States Attorney

By: *[signature]*
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

5

FORM OBD-34
7/11/17 Revised

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

DWAYNE THOMAS
a/k/a "jumbo"

## INDICTMENT

Violations:  Ct. 1       18 U.S.C. §§ 1029(a)(3) and (c)(1)(A)(i)
             Cts. 2-10   18 U.S.C. §§ 1028(a)(7),(b)(2) and (c)(3)(A)

A true bill,

*Michelle E. Smith*
Foreperson

Filed in open court this __12__ day of July, 2017.

_____
Clerk

Bail   $_____

GPO 863 525